THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM
J. DESSAURE, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

Motion for reargument denied. [See 299 N. Y. 126.]